UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

COUNTRY JOE STEVENS, )
#27883                          )
                                )
         Plaintiff,             )     3:10-cv-00277-LRH-VPC
                                )
vs.                             )
                                )     **ORDER**
DAVID CARROL, *et al.*,         )
                                )
         Defendants.            )
_____/

On August 18, 2010, plaintiff filed a voluntary motion to dismiss this action (docket #6). The court grants this motion to dismiss the complaint without prejudice.

**IT IS THEREFORE ORDERED** that plaintiff's voluntary motion to dismiss (docket #6) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time to file first amended complaint (docket # 5) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 26th day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE